UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD MACK DOVE,

                      Plaintiff,

    - vs -                                    9:10-CV-02

BROOME COUNTY CORRECTIONAL FACILITY;
K. MOORE, Captain; TIMOTHY HILL, Lt.; DANIEL
SNYDER, Correction Officer; and C. MOGENSON,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| DONALD MACK DOVE<br>10-B-0378<br>Attica Correctional Facility<br>Box 149<br>Attica, NY 14011 | |
| BROOME COUNTY ATTORNEY'S OFFICE<br>Attorneys for Defendants Broome County CF,<br>   Moore, Hill, and Snyder<br>Edwin L. Crawford County Office Building<br>PO Box 1766<br>Binghamton, NY 13902-1766 | AARON J. MARCUS, ESQ. |
| LYNCH, SCHWAB, PLLC<br>Attorneys for Defendant Mogenson<br>75 South Broadway, 4th Floor<br>White Plains, NY 10601 | LOUIS U. GASPARINI, ESQ. |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Donald Mack Dove, commenced this civil rights action in January 2010,

pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated February 17, 2011, the

Honorable David E. Peebles, United States Magistrate Judge, recommended that defendant

Mogenson's motion to dismiss plaintiff's complaint (Dkt. No. 16) be granted; that the remaining defendants' motion for summary judgment dismissing plaintiff's complaint (Dkt. No. 28) also be granted; and that plaintiff's complaint be dismissed in its entirety, without leave to replead.  The plaintiff has filed objections to the report-recommendation.

Based upon a de novo review of the entire file, including the portions of the Report-Recommendation to which plaintiff has objected, and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  Defendant C. Mogenson's motion to dismiss plaintiff's complaint (Dkt. No. 16) is GRANTED;

2.  The remaining defendants' motion for summary judgment dismissing plaintiff's complaint (Dkt. No. 28) is GRANTED; and

3.  Plaintiff's complaint is DISMISSED in its entirety, without leave to replead.

4.  The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:  March 10, 2011
         Utica, New York.

_____
United States District Judge